UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JERMAINE DELESTON,
*on behalf of himself, and all others similarly situated*,

        Plaintiff,

    v.

TRANSFORMATION 5701, LLC d/b/a Hotel ZaZa,
*a Texas limited liability company*,

        Defendant.
----------------------------------------------------------X

CASE NO.: 1:20-cv-665-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JERMAINE DELESTON ("Plaintiff") and Defendant TRANSFORMATION 5701, LLC d/b/a Hotel ZaZa ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 7, 2020

| BASHIAN & PAPANTONIOU, P.C. | O'HAGAN MEYER, LLC |
|---|---|
| By: _____ | By: _____ |
|     Erik M. Bashian |     Ryan T. Benson, Esq. |
|     *Attorneys for Plaintiff* |     *Attorneys for Defendant* |
|     500 Old Country Road, Suite 302 |     1 East Wacker Drive, #3400 |
|     Garden City, New York 11530 |     Chicago, Illinois 60613 |
|     Tel: (516) 279-1554 |     Tel: (312) 422-6138 |
|     Email: eb@bashpaplaw.com |     Email: rbenson@ohaganmeyer.com |

SO ORDERED:

_____
HON.